854

No. 90, Misc. RHYCE *v.* CUMMINGS, WARDEN. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 95, Misc. MCDONALD *v.* MICHIGAN. Supreme Court of Michigan and Circuit Court of Newaygo County, Michigan. Certiorari denied.

No. 96, Misc. HANSON *v.* RAGEN, WARDEN. Circuit Court of Macon County, Illinois. Certiorari denied.

No. 98, Misc. MCDONALD, INFORMED AGAINST AS MAYFIELD, *v.* SCHNECKLOTH, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 99, Misc. CEPERO *v.* PAN AMERICAN AIRWAYS, INC. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Robert C. Barnard* for respondent.

No. 104, Misc. STOCKWELL *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 107, Misc. KRAMMER *v.* UNITED STATES. Court of Claims. Certiorari denied.

No. 109, Misc. MANFREDI *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. ▮▮▮▮▮▮▮

No. 110, Misc. STONE *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 111, Misc. WATKINS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 113, Misc. RHEIM *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.